UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

OCT - 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

v.

Civil No

2:07-CV-2086 LEW KJM PC

RANDY WEAVER;
Vicki Weaver;
Kevin L Harris;
Lon T. Horiuchi;
Arthur Roderick,
DEFENDANTS

Complaint
"SHARPShooting My Mind to Death"
TRO Temporary Restraining order

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, moves this Honorable Court to Issue a Order for Defendant's Named in this Suit to Respond. This Suit is a Civil Rights and Constitutional violations along with Attempted murder, Espionage, Treason, Stalking, and harassment. Plaintiff moves this Court to issue a TRO Temporary Restraining order Against Defendants and their weapons. Plaintiff moves under Rule 64 for the return of Jonathan Lee Riches© copyrighted material and the return of my Constitutional rights. Plaintiff prays for relief



1

Randy Weaver is After me because I had a computer Affair with Vicki Weaver on internet chatlines in 1991 that weaver Just found out by FBI sharp Shooters Lon T. Horiuchi and Arthur Roderick who has access to my bureau of prisons files.
7-18-07 Weaver has hired sharp Shooters to surround FCI williamsburg and to Scope out my Life. I survived 628 Assassination Attempts in the last 6 months

PAGE 2

Riches v. Weaver



2

In oct 2002 Randy weaver with no regard for the Brady bill took a pistol and shot at me while I was giving a political speach to inmates. The bullet bounced off my head, and ricochet 600 miles to the North and killed a FBI Analyst in front of Home Depot. Sniper John Muhammed was blamed for this murder, but I witnessed Randy weaver shooting the bullet

3

Randy weaver killed Michael Jordans father James Jordan, cause Vicki weaver had a Affair with him in a restroom at Arco Arena in Sacramento. Randy weaver has a pattern of going after people who had Affairs with Vicki

4

Randy weaver shot Kennedy in the classroom in Dallas
Randy weaver plans to place my head on a totem pole at Ruby ridge and let crows eat me

TRO Temporary Restraining order

Randy weaver wants to turn me into weaver chicken and bake me this thanksgiving. weaver is violating my constitutional rights under booker and FanFan. He has the keys to release me from Prison, but he let out Jack Kevorkian out instead. weaver wants me to wear lipstick at a Fema concentration camp and name change me to Victoria weaver II. I'm scared weaver can't die like michael myers and keeps coming at me. I'm currently hiding in my locker, with the biggest pad lock east of the mississippi. I only know the combination, but now I'm stuck.

Respectfully Submitted

[signature]

Jonathan Lee Riches ©

Jonathan Lee Riches ©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400