1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

JONATHAN LEE RICHES,

11

       Plaintiff,                     No. CIV S-07-2086 LEW KJM P

12

    vs.

13

RANDY WEAVER, et al.,

14

       Defendants.          FINDINGS AND RECOMMENDATIONS

15

_____/

16

      Plaintiff, a federal prisoner in South Carolina, asks that the court issue an order

17

"against the defendants and their weapons."  Plaintiff fails to show that this is an appropriate

18

venue for the issuance of such an order, see 28 U.S.C. § 1391 et. seq., or that his claim is

19

cognizable, 28 U.S.C. § 1330 et. seq.  Therefore, plaintiff's complaint is frivolous and the court

20

will recommend that it be dismissed.  See  28 U.S.C. § 1915A(b)(1),(2).

21

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

22

      These findings and recommendations are submitted to the United States District

23

Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24

days after being served with these findings and recommendations, plaintiff may file written

25

objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26

Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED:  October 12, 2007.

4   _____

    U.S. MAGISTRATE JUDGE

6   2/ke

   rich2086.f&rs